IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 6 2010

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-01037-BNB

ALEXANDER CARDENAS,

Applicant,

v.

STEVE HARTLEY, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO, JOHN W. SUTHERS,

Respondents.

## ORDER TO SUPPLEMENT PRE-ANSWER RESPONSE

Applicant, Alexander Cardenas, is a prisoner in the custody of the Colorado Department of Corrections and is currently incarcerated at the Arkansas Valley Correctional Facility in Crowley, Colorado. Mr. Cardenas initiated this action by filing a *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on May 6, 2010.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 in this case, the Court determined that a limited pre-answer response was appropriate. Therefore, on May 10, 2010, Respondents were directed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts and pursuant to *Denson v. Abbott*, 554 F. Supp. 2d 1206 (D. Colo. 2008), to file a pre-answer response limited to addressing the affirmative defenses of timeliness under 28 U.S.C. § 2244(d) and/or exhaustion of state court

remedies under 28 U.S.C. § 2254(b)(1)(A). After receiving an extension of time, Respondents submitted their pre-answer response on June 17, 2010. Applicant has not filed a reply within the time provided.

The Court has reviewed the Pre-Answer Response and has determined that a supplement is required. Although Respondents were directed to submit with the Pre-Answer Response any relevant state court documents to support the defenses of timeliness and failure to exhaust, Respondents have failed to submit as exhibits all relevant portions of the state court record. In particular, Respondents allege that Mr. Cardenas failed to raise claims two through five as federal constitutional claims in his opening brief on direct appeal to the Colorado Court of Appeals. However, Respondents have not provided Mr. Cardenas' opening brief on direct appeal to the Court. Without documentation to support Respondents' argument, the Court is unable to determine definitively whether claims two through five have been raised as federal constitutional claims in the state courts. Therefore, Respondents will be directed to file a supplement to the Pre-Answer Response and to provide the requested documentation as discussed in this order. Accordingly, it is

ORDERED that **on or before August 9, 2010** Respondents shall file a supplement to the pre-answer response that complies with this order.

DATED July 26, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01037-BNB

Alexander Cardenas
Prisoner No. 98159
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

Ryan A. Crane
Assistant Attorney General
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/26/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk